IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00300-PAB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. MURLEEN KAY KUNZMAN,

 Defendant.

---

## ORDER OF RECUSAL

---

 This matter is before me on review of the file. Assistant U.S. Attorney

Matthew T. Kirsch has entered an appearance on behalf of the government in this case.

Due to the fact that I occasionally socialize with Mr. Kirsch, I must recuse myself from

this case. It is therefore

 ORDERED that the judge's file be returned to the clerk's office for the case to be

reassigned by random draw.


 DATED July 13, 2012.

     BY THE COURT:


      s/Philip A. Brimmer
     PHILIP A. BRIMMER
     United States District Judge